AO 440 (Rev. 12/09) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Albert Solorio, individually and on behalf of others similarly situated | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV 12-03569 PSG |
| Angelica Textile Services, Inc. and DOES 1 through 10 | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Angelica Textile Services, Inc.
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory N. Karasik
Karasik Law Firm
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUL 0 9 2012

**Gordana Macic**

*Signature of Clerk or Deputy Clerk*

