Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd., Ste. 1275
Los Angeles, California 90064
Tel: (310) 312-6800
Fax: (310) 943-2582

Sahag Majarian II (SBN 146621)
sahagii@aol.com
**Law Office of Sahag Majarian II**
18250 Ventura Blvd.
Tarzana, California 91356
Tel (818) 609-0807
Fax (818) 609-0892

Attorneys for Plaintiff
ALBERT SOLORIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT SOLORIO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELICA TEXTILE SERVICES, INC. and DOES 1 through 10.<br><br>Defendants. | Case No. 5:12-cv-03569 PSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT**<br><br>Date: February 18, 2014<br>Time: 10:00 a.m.<br>Ctrm: 5 |

The motion of plaintiff Alberto Solorio ("Plaintiff") for preliminary approval of the collective action and class action settlement (the "Settlement") reached with defendant Angelica Textile Services, Inc. ("Defendant") came regularly on for hearing. Good cause having been shown, and subject to the parties February 25, 2014 stipulation,[1] Plaintiff's motion is GRANTED and IT IS HEREBY ORDERED:

---

[1] *See* Docket No. 25.

1. The Court conditionally certifies for settlement purposes, for treatment as a collective action under 29 U.S.C. Section 216(b), Plaintiff's claims under the FLSA on behalf of the FLSA Class described in the Settlement, comprised of the following: all non-exempt employees employed by Defendant in the United States at any time between July 9, 2009 and February 18, 2014.

2. The Court preliminarily certifies for settlement purposes, for treatment as a class action under Rule 23 of the Federal Rules of Civil Procedure, Plaintiff's claims under California law on behalf of the California Class described in the Settlement, comprised of the following: all non-exempt employees employed by Defendant in the state of California at any time between July 9, 2008 and February 18, 2014.

3. The Court grants preliminary approval of the Settlement and preliminarily finds the terms of the Settlement to be fair reasonable, and adequate under 29 U.S.C. Section 216(b) and Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for members of the FLSA Class to opt into the Settlement; the procedure for members of the California Class to opt out of the Settlement; the procedure for submitting claims or objecting to the Settlement; and the maximum amounts allocated to an incentive payment, costs and attorney's fees.

4. The Court appoints Plaintiff as representative for the FLSA Class and the California Class (jointly the "Settlement Class").

5. The Court appoints Gregory N. Karasik of Karasik Law Firm, and Sahag Majarian, II of Law Offices of Sahag Majarian, II as counsel for the Settlement Class.

6. The Court appoints Dahl Administration as the Claims Administrator.

7. The Court directs the Claims Administrator to mail out Notice Packets to members of the Settlement Class, and send them reminder postcards, in accordance with the Settlement.

8. The Court establishes the following litigation schedule and deadlines:

Deadline for members of the FLSA Class to opt into the settlement, for members of the California Class to opt out of the Settlement, and for members of the Settlement Class to submit claims or object to the Settlement: the date 60 days from the mailing of Notice Packets by the Claims Administrator.

Date and time of final approval and fairness hearing: July 1, 2014 at 10:00 a.m.

Deadline for Plaintiff to file motion for final approval and motion for costs, fees and an enhancement payment: May 16, 2014.

Dated: February 26, 2014

_____
Paul S. Grewal
United States Magistrate Judge